**AMARO | BALDWIN LLP**
Michael L. Amaro, Esq. (Bar No. 109514)
Sanaz Cherazaie, Esq. (Bar No. 273944)
400 Oceangate, Suite 1125
Long Beach, California 90802
Telephone: (562) 912-4157
Facsimile: (562) 912-7919
mamaro@amarolawyers.com
scherazaie@amarolawyers.com
ESIS 0004
Attorneys for Defendants,
**MAGIC MOUNTAIN LLC and SIX FLAGS ENTERTAINMENT CORPORATION**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT (EASTERN DIVISION)

| | |
|---|---|
| SHEILA KATERELOS, an individual; ARI KATERELOS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MAGIC MOUNTAIN, LLC, a California entity; SIX FLAGS THEME PARK, INC., a Delaware corporation; ARROW DYNAMICS INC., a Utah corporation; ARROW DYNAMICS LLC, a Utah entity; S&S WORLDWIDE, INC., a Utah corporation; SANSEI TECHNOLOGIES, INC., a Delaware corporation; S&S POWER, INC., a Delaware corporation; S&S ARROW LLC, a Utah entity, and DOES 1- 100, inclusive. <br><br> Defendants. | CASE NO. 5:22-cv-00216 <br><br> **NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S. CODE §§ 1441 and 1446 (DIVERSITY); DEMAND FOR JURY TRIAL; DECLARATION OF SANAZ CHERAZAIE** <br><br><br><br> Complaint Filed: November 10, 2021 |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendants, **MAGIC MOUNTAIN LLC and SIX FLAGS ENTERTAINMENT CORPORATION** (erroneously sued herein as "Six Flags Theme Park, Inc.") ("Defendants") hereby remove the above-entitled action to the United States District Court for the Central District of California,

pursuant to 28 U.S. Code §§ 1441 and 1446.  As grounds for removal, Defendants respectfully state:

## BACKGROUND

1. On or about November 10, 2021, Plaintiffs, SHEILA KATERELOS and ARI KATERELOS ("PlaintiffS") commenced a civil action in the Superior Court of the State of California for the County of Los Angeles, captioned *Sheila Katerelos, et al. v. Magic Mountain, LLC, et al.* Case No. 21STCV41513 (the "State Court Action").  A true and accurate copy of Plaintiffs' Complaint in the State Court Action is attached hereto as **Exhibit "A"**.

2. The Original Complaint was served on Defendants' Agent for Service of Process on November 18, 2021.

3. At the time Defendants were initially served, there was insufficient information upon which to assess diversity jurisdiction, in regard to the amount in controversy.

4. Defendant's Answer was served on November 29, 2021.

5. Defendants served initial discovery shortly after filing an answer in the State Court action.

6. On January 3, 2022, Plaintiff, SHEILA KATERELOS served responses to Defendants' Form Interrogatories, Set One.  A true and accurate copy of Plaintiff, Sheila Katerelos' responses to Defendants' Form Interrogatories, Set One is attached hereto as **Exhibit "B"**.

7. On January 3, 2022, in her responses to Defendants' Form Interrogatories, Set One, Plaintiff, SHEILA KATERELOS alleged damages in excess of $75,000.00, including medical damages from Kaiser Medical totaling $65,482.82, medical damages from Marisa C. Chang, M.D. totaling $7,795.00, medical damages from Medical Imaging Center of Southern California/Smart Brain and Health Advanced Brain Therapeutics totaling $2,200.00, medical damages from Casa Colina

Hospital and Centers for Healthcare totaling $352.40, and medical damages from Tony L. Strickland, Ph.D. totally $10, 124.50.  (See Plaintiff, Sheila Katerelos' responses to Defendants' Form Interrogatories, Set One, Response to Form Interrogatory No. 6.4, Page 10, Line 14 through Page 14, Line 15, attached hereto as **Exhibit "B"**).

8.   On January 3, 2022, in her responses to Defendants' Form Interrogatories, Set One, Plaintiff, SHEILA KATERELOS alleged damages in excess of $75,000.00, including loss of past income damages, totaling $123,095.37 in income. (See Plaintiff, Sheila Katerelos' responses to Defendants' Form Interrogatories, Set One, Response to Form Interrogatory No. 8.1-8.7, Page 18, Line 21 through Page 21, Line 10, attached hereto as **Exhibit "B"**).

9.   Accordingly, this Notice is timely filed in compliance with the requirements of 28 U.S.C. Sections 1441 (b), 1446 (b)(3).

## JURISDICTION

10.  This matter is removed to the United States District Court for the Central District of California, on the grounds that there is complete diversity of citizenship between Plaintiffs on the one hand, and Defendants on the other hand, and Plaintiff, SHEILA KATERELOS recent response to the Defendants' Form Interrogatories, Set One asserts that the amount in controversy exceeds $75,000. The facts supporting jurisdiction are as follows:

11.  Plaintiff, SHEILA KATERELOS alleges that she is a citizen of the State of California, County of San Bernardino.  (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 3).

12.  Plaintiff, ARI KATERELOS alleges that he is a citizen of the State of California, County of San Bernardino.  (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 4).

13. Plaintiffs allege that Defendant, SIX FLAGS THEME PARK, INC. Is a corporation organized and existing under and by virtue of the laws of the State of Delaware (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 7). SIX FLAGS THEME PARK, INC. does not have a principal place of business in California.

14. Defendant, SIX FLAGS THEME PARK, INC. Is a corporation organized and existing under and by virtue of the laws of the State of Delaware. SIX FLAGS ENTERTAINMENT CORPORATION does not have a principal place of business in California.

15. Defendant, MAGIC MOUNTAIN, LLC is a limited liability company. (Attached hereto as **Exhibit "C"** is a true and correct copy of Defendant, MAGIC MOUNTAIN, LLC's Limited Liability Company Articles of Organization, filed with the State of California, Secretary of State on November 13, 2006). Defendant, MAGIC MOUNTAIN, LLC's members reside in the State of Texas. (Attached hereto as **Exhibit "D"** is a true and correct copy of Defendant, MAGIC MOUNTAIN, LLC's Statement of Information, filed with the State of California, Secretary of State on November 11, 2020).

16. Plaintiffs allege that Defendant, ARROW DYNAMICS, INC. is a corporation organized and existing under and by virtue of the laws of the State of Utah (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 8). Plaintiffs do not allege that ARROW DYNAMICS, INC. has a principal place of business in California, and ARROW DYNAMICS, INC. has not registered as an entity with the State of California.

17. Plaintiffs allege that Defendant, ARROW DYNAMICS, LLC is a limited liability company and existing under and by virtue of the laws of the State of Utah (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 9). ARROW DYNAMICS, LLC's members reside in the State of Utah. (Attached hereto as **Exhibit "E"** is a true and correct copy of Arrow Dynamics LLC's Certificate of Organization and Registered Principals, filed with the State of Utah, Department of Commerce).

18. Plaintiffs allege that Defendant, S&S WORLDWIDE, INC. is a corporation organized and existing under and by virtue of the laws of the State of Utah (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 10). Plaintiffs do not allege that S&S WORLDWIDE, INC. has a principal place of business in California, and S&S WORLDWIDE, INC. has not registered as an entity with the State of California.

19. Plaintiffs allege that Defendant, SANSEI TECHNOLOGIES, INC. is a corporation organized and existing under and by virtue of the laws of the State of Delaware (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 11). Defendant, SANSEI TECHNOLOGIES, INC. filed a Certificate of Surrender of Right to Transact Intrastate Business with the State of California, Secretary of State, on December 26, 2012, and, hence, does not have a principal place of business in California. (Attached hereto as **Exhibit "F"** is a true and correct copy of Certificate of Surrender of Right to Transact Intrastate Business filed by Sansei Technologies with the Secretary of State, State of California, on December 26, 2012).

20. Plaintiffs allege that Defendant, S&S POWER, INC. is a corporation organized and existing under and by virtue of the laws of the State of Delaware (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 12). Plaintiffs do not allege S&S POWER, INC. has a principal place of business in California, S&S POWER, INC. has not registered as an entity with the State of California.

21. Plaintiffs allege that Defendant, S&S ARROW, LLC is a limited liability company and existing under and by virtue of the laws of the State of Utah (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 9). S&S ARROW, LLC members reside in the State of Utah. (Attached hereto as **Exhibit "G"** is a true and correct copy of S&S ARROW, LLC's Articles of Organization and Registered Principals, filed with the State of Utah, Department of Commerce).

22. Accordingly, Defendants are not a citizen of the State of California, where the action was brought, and the citizenship of all defendants is diverse from that of Plaintiffs.

23. The underlying state court action is a civil action which arises from a personal injury damage claim, wherein Plaintiffs claim that SHEILA KATERELOS suffered a head injury while riding a rollercoaster at the Six Flags Magic Mountain theme park, on February 16, 2020,. (*see* **Exhibit "A"**, Complaint, Paragraphs 18-21).

24. Plaintiff, SHEILA KATERELOS claims that she suffered numerous injuries and damages. Plaintiff recently represented that the amount in controversy exceeds $75,000 in an itemization of damages.

25. On January 3, 2022, in her responses to Defendants' Form Interrogatories, Set One, Plaintiff, SHEILA KATERELOS alleged damages in excess of $75,000.00, including medical damages from Kaiser Medical totaling $65,482.82, medical damages from Marisa C. Chang, M.D. totaling $7,795.00, medical damages from Medical Imaging Center of Southern California/Smart Brain and Health Advanced Brain Therapeutics totaling $2,200.00, medical damages from Casa Colina Hospital and Centers for Healthcare totaling $352.40, and medical damages from Tony L. Strickland, Ph.D. totally $10, 124.50. (See Plaintiff, Sheila Katerelos' responses to Defendants' Form Interrogatories, Set One, Response to Form Interrogatory No. 6.4, Page 10, Line 14 through Page 14, Line 15, attached hereto as **Exhibit "B"**).

26. On January 3, 2022, in her responses to Defendants' Form Interrogatories, Set One, Plaintiff, SHEILA KATERELOS alleged damages in excess of $75,000.00, including loss of past income damages, totaling $123,095.37 in income. (See Plaintiff, Sheila Katerelos' responses to Defendants' Form Interrogatories, Set One, Response to Form Interrogatory No. 8.1-8.7, Page 18, Line 21 through Page 21, Line 10, attached hereto as **Exhibit "B"**).

27. At the time Defendants were initially served with the Complaint, there was insufficient information upon which to assess diversity jurisdiction, in regard to the amount in controversy.

28. The underlying State Court action is one in which this Court has original

jurisdiction under the provisions of 28 U.S. Code § 1332, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S. Code §§ 1441 and 1446 (b)(3), in that it is a civil action wherein the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs, and is between entities of different states.

## AMOUNT IN CONTROVERSY

29.   17.   Over $7,000,000 per an itemization of damages was served on, or about, August 27, 2021. See **Exhibit "B"**.

## NOTICE

30.   Pursuant to 28 U.S. Code § 1446 (d), proper notice will be given to Plaintiff herein, by and through counsel of record, and to the Clerk of the Superior Court of San Diego, which will be filed in that Court. A true and correct copy of such notice is attached as **Exhibit "H"**.

## DEMAND FOR JURY TRIAL

31.   Pursuant to the Seventh Amendment to the United States Constitution and Rule 38(b) of the Federal Rules of Civil Procedure, Defendant, SF MARKETS, LLC hereby respectfully demands a trial by jury.

DATED: February 2, 2022

AMARO | BALDWIN LLP

By _____
SANAZ CHERAZAIE
Attorneys for Defendants,
MAGIC MOUNTAIN, LLC and SIX FLAGS ENTERTAINMENT CORPORATION

# DECLARATION OF SANAZ CHERAZAIE

I, SANAZ CHERAZAIE, declare:

I am an attorney, duly licensed to practice law in all the courts of the State of California and the United States District Court, Central District of California, and am a partner in the law firm of Amaro | Baldwin LLP, attorneys of record for Defendants, MAGIC MOUNTAIN, LLC and SIX FLAGS ENTERTAINMENT CORPORATION ("Defendant"). As such, I have personal knowledge of the files and pleadings in this matter, as well as the facts stated below. If called upon as a witness, I could and would competently testify as follows:

1. On or about November 10, 2021, Plaintiffs, SHEILA KATERELOS and ARI KATERELOS ("PlaintiffS") commenced a civil action in the Superior Court of the State of California for the County of Los Angeles, captioned *Sheila Katerelos, et al. v. Magic Mountain, LLC, et al.* Case No. 21STCV41513 (the "State Court Action"). A true and accurate copy of Plaintiffs' Complaint in the State Court Action is attached hereto as **Exhibit "A"**.

2. The Original Complaint was served on Defendants' Agent for Service of Process on November 18, 2021.

3. At the time Defendants were initially served, there was insufficient information upon which to assess diversity jurisdiction, in regard to the amount in controversy.

4. Defendant's Answer was served on November 29, 2021.

5. Defendants served initial discovery shortly after filing an answer in the State Court action.

6. On January 3, 2022, Plaintiff, SHEILA KATERELOS served responses to Defendants' Form Interrogatories, Set One. A true and accurate copy of Plaintiff, Sheila Katerelos' responses to Defendants' Form Interrogatories, Set One is attached hereto as **Exhibit "B"**.

7. On January 3, 2022, in her responses to Defendants' Form

1  Interrogatories, Set One, Plaintiff, SHEILA KATERELOS alleged damages in excess
2  of $75,000.00, including medical damages from Kaiser Medical totaling $65,482.82,
3  medical damages from Marisa C. Chang, M.D. totaling $7,795.00, medical damages
4  from Medical Imaging Center of Southern California/Smart Brain and Health
5  Advanced Brain Therapeutics totaling $2,200.00, medical damages from Casa Colina
6  Hospital and Centers for Healthcare totaling $352.40, and medical damages from
7  Tony L. Strickland, Ph.D. totally $10, 124.50.   (See Plaintiff, Sheila Katerelos'
8  responses to Defendants' Form Interrogatories, Set One, Response to Form
9  Interrogatory No. 6.4, Page 10, Line 14 through Page 14, Line 15, attached hereto as
10 **Exhibit "B"**).

11    8.    On January 3, 2022, in her responses to Defendants' Form
12 Interrogatories, Set One, Plaintiff, SHEILA KATERELOS alleged damages in excess
13 of $75,000.00, including loss of past income damages, totaling $123,095.37 in
14 income.   (See Plaintiff, Sheila Katerelos' responses to Defendants' Form
15 Interrogatories, Set One, Response to Form Interrogatory No. 8.1-8.7, Page 18, Line
16 21 through Page 21, Line 10, attached hereto as **Exhibit "B"**).

17    9.    Accordingly, this Notice is timely filed in compliance with the
18 requirements of 28 U.S.C. Sections 1441 (b), 1446 (b)(3).

## JURISDICTION

20    10.   This matter is removed to the United States District Court for the Central
21 District of California, on the grounds that there is complete diversity of citizenship
22 between Plaintiffs on the one hand, and Defendants on the other hand, and Plaintiff,
23 SHEILA KATERELOS recent response to the Defendants' Form Interrogatories, Set
24 One asserts that the amount in controversy exceeds $75,000. The facts supporting
25 jurisdiction are as follows:

26    11.   Plaintiff, SHEILA KATERELOS alleges that she is a citizen of the State
27 of California, County of San Bernardino.   (*See* **Exhibit "A"**, Plaintiffs' Complaint,
28 Paragraph 3).

12.     Plaintiff, ARI KATERELOS alleges that he is a citizen of the State of California, County of San Bernardino.  (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 4).

13.     Plaintiffs allege that Defendant, SIX FLAGS THEME PARK, INC. Is a corporation organized and existing under and by virtue of the laws of the State of Delaware (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 7).  SIX FLAGS THEME PARK, INC. does not have a principal place of business in California.

14.     Defendant, SIX FLAGS THEME PARK, INC. Is a corporation organized and existing under and by virtue of the laws of the State of Delaware.  SIX FLAGS ENTERTAINMENT CORPORATION does not have a principal place of business in California.

15.     Defendant, MAGIC MOUNTAIN, LLC is a limited liability company. (Attached hereto as **Exhibit "C"** is a true and correct copy of Defendant, MAGIC MOUNTAIN, LLC's Limited Liability Company Articles of Organization, filed with the State of California, Secretary of State on November 13, 2006).  Defendant, MAGIC MOUNTAIN, LLC's members reside in the State of Texas.  (Attached hereto as **Exhibit "D"** is a true and correct copy of Defendant, MAGIC MOUNTAIN, LLC's Statement of Information, filed with the State of California, Secretary of State on November 11, 2020).

16.     The documents attached as Exhibits C-D are publically available on the State of California, Secretary of State website, and were obtained by my firm on February 2, 2022 from such website.

17.     Plaintiffs allege that Defendant, ARROW DYNAMICS, INC. is a corporation organized and existing under and by virtue of the laws of the State of Utah (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 8).  Plaintiffs do not allege that ARROW DYNAMICS, INC.  has a principal place of business in California, and ARROW DYNAMICS, INC.  has not registered as an entity with the State of California.

18. Plaintiffs allege that Defendant, ARROW DYNAMICS, LLC is a limited liability company and existing under and by virtue of the laws of the State of Utah (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 9). ARROW DYNAMICS, LLC's members reside in the State of Utah. (Attached hereto as **Exhibit "E"** is a true and correct copy of Arrow Dynamics LLC's Certificate of Organization and Registered Principals, filed with the State of Utah, Department of Commerce).

19. The documents attached as Exhibits E are publically available on the State of Utah, Secretary of State website, and were obtained by my firm on February 2, 2022 from such website.

20. Plaintiffs allege that Defendant, S&S WORLDWIDE, INC. is a corporation organized and existing under and by virtue of the laws of the State of Utah (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 10). Plaintiffs do not allege that S&S WORLDWIDE, INC. has a principal place of business in California, and S&S WORLDWIDE, INC. has not registered as an entity with the State of California.

21. Plaintiffs allege that Defendant, SANSEI TECHNOLOGIES, INC. is a corporation organized and existing under and by virtue of the laws of the State of Delaware (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 11). Defendant, SANSEI TECHNOLOGIES, INC. filed a Certificate of Surrender of Right to Transact Intrastate Business with the State of California, Secretary of State, on December 26, 2012, and, hence, does not have a principal place of business in California. (Attached hereto as **Exhibit "F"** is a true and correct copy of Certificate of Surrender of Right to Transact Intrastate Business filed by Sansei Technologies with the Secretary of State, State of California, on December 26, 2012).

22. The documents attached as Exhibits F are publically available on the State of California, Secretary of State website, and were obtained by my firm on February 2, 2022 from such website.

23. Plaintiffs allege that Defendant, S&S POWER, INC. is a corporation organized and existing under and by virtue of the laws of the State of Delaware (*See*

**Exhibit "A"**, Plaintiffs' Complaint, Paragraph 12). Plaintiffs do not allege S&S POWER, INC. has a principal place of business in California, S&S POWER, INC. has not registered as an entity with the State of California.

24. Plaintiffs allege that Defendant, S&S ARROW, LLC is a limited liability company and existing under and by virtue of the laws of the State of Utah (*See* **Exhibit "A"**, Plaintiffs' Complaint, Paragraph 9). S&S ARROW, LLC members reside in the State of Utah. (Attached hereto as **Exhibit "G"** is a true and correct copy of S&S ARROW, LLC's Articles of Organization and Registered Principals, filed with the State of Utah, Department of Commerce).

25. The documents attached as Exhibits G are publically available on the State of Utah Secretary of State website, and were obtained by my firm on February 2, 2022 from such website.

26. Accordingly, Defendants are not a citizen of the State of California, where the action was brought, and the citizenship of all defendants is diverse from that of Plaintiffs.

27. The underlying state court action is a civil action which arises from a personal injury damage claim, wherein Plaintiffs claim that SHEILA KATERELOS suffered a head injury while riding a rollercoaster at the Six Flags Magic Mountain theme park, on February 16, 2020,. (*see* **Exhibit "A"**, Complaint, Paragraphs 18-21).

28. Plaintiff, SHEILA KATERELOS claims that she suffered numerous injuries and damages. Plaintiff recently represented that the amount in controversy exceeds $75,000 in an itemization of damages.

29. On January 3, 2022, in her responses to Defendants' Form Interrogatories, Set One, Plaintiff, SHEILA KATERELOS alleged damages in excess of $75,000.00, including medical damages from Kaiser Medical totaling $65,482.82, medical damages from Marisa C. Chang, M.D. totaling $7,795.00, medical damages from Medical Imaging Center of Southern California/Smart Brain and Health Advanced Brain Therapeutics totaling $2,200.00, medical damages from Casa Colina

1  Hospital and Centers for Healthcare totaling $352.40, and medical damages from
2  Tony L. Strickland, Ph.D. totally $10, 124.50.  (See Plaintiff, Sheila Katerelos'
3  responses to Defendants' Form Interrogatories, Set One, Response to Form
4  Interrogatory No. 6.4, Page 10, Line 14 through Page 14, Line 15, attached hereto as
5  **Exhibit "B"**).

6  30.   On January 3, 2022, in her responses to Defendants' Form
7  Interrogatories, Set One, Plaintiff, SHEILA KATERELOS alleged damages in excess
8  of $75,000.00, including loss of past income damages, totaling $123,095.37 in
9  income.  (See Plaintiff, Sheila Katerelos' responses to Defendants' Form
10 Interrogatories, Set One, Response to Form Interrogatory No. 8.1-8.7, Page 18, Line
11 21 through Page 21, Line 10, attached hereto as **Exhibit "B"**).

12 31.   At the time Defendants were initially served with the Complaint, there
13 was insufficient information upon which to assess diversity jurisdiction, in regard to
14 the amount in controversy.

15 32.   The underlying State Court action is one in which this Court has original
16 jurisdiction under the provisions of 28 U.S. Code § 1332, and is one which may be
17 removed to this Court by Defendant, pursuant to the provisions of 28 U.S. Code §§
18 1441 and 1446 (b)(3), in that it is a civil action wherein the amount in controversy
19 exceeds the sum of Seventy Five Thousand Dollars ($75,000), exclusive of interest
20 and costs, and is between entities of different states.

## AMOUNT IN CONTROVERSY

33.   17.   Over $7,000,000 per an itemization of damages was served on, or about, August 27, 2021. See **Exhibit "B".**

## NOTICE

34.   Pursuant to 28 U.S. Code § 1446 (d), proper notice will be given to Plaintiff herein, by and through counsel of record, and to the Clerk of the Superior Court of San Diego, which will be filed in that Court.  A true and correct copy of such notice is attached as **Exhibit "H"**.

## DEMAND FOR JURY TRIAL

35. Pursuant to the Seventh Amendment to the United States Constitution and Rule 38(b) of the Federal Rules of Civil Procedure, Defendant, SF MARKETS, LLC hereby respectfully demands a trial by jury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on February 2, 2022, at Long Beach, California.

DATED: February 2, 2022

AMARO | BALDWIN LLP

By: _____
SANAZ CHERAZAIE
Attorneys for Defendants,
MAGIC MOUNTAIN, LLC and SIX FLAGS ENTERTAINMENT CORPORATION